UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION, | MDL Case No.  13md2452 AJB (MDD) |
| KAREN BISHOP AS PERSONAL REPRESENTATIVE TO THE ESTATE OF JOSEPH BISHOP, DECEASED, | Case No.: 18-cv-00837 AJB (MDD) |
| Plaintiff | ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL |
| v. | (Doc. No. 8) |
| MERCK SHARP & DOHME CORP., | |
| Defendants | |

In consideration of the parties' joint stipulation, IT IS HEREBY ORDERED THAT;

1.     The above-entitled action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2.     Each party will bear its own attorneys' fees and costs.

///

///

///

///

ORDER GRANTING STIPULATION OF DISMISSAL

3.    Each party waives the right to any appeal.

IT IS SO ORDERED.

Dated:  July 20, 2021

_____
Hon. Anthony J. Battaglia
United States District Judge